**FILED**

United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

-

IN THE UNITED STATES DISTRICT COURT
FOR NEW MEXICO

**FILED UNDER SEAL**

IN THE MATTER OF THE SEARCH OF
INFORMATION THAT IS STORED AT
PREMISES CONTROLLED BY GOOGLE,
1600 AMPHITHEATRE PARKWAY,
MOUNTAIN VIEW, CALIFORNIA 94043

Case No.   22-MR-633

APPLICATION FOR ORDER COMMANDING GOOGLE
NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF WARRANT

The United States requests that the Court order Google not to notify any person of the

existence of the attached warrant for a period of one year.

Google is a provider of an electronic communication service, as defined in 18 U.S.C. §

2510(15), and/or a remote computer service, as defined in 18 U.S.C. § 2711(2).  Pursuant to 18

U.S.C. § 2703, the United States obtained the attached warrant, which requires Google, Inc. to

disclose certain records and information to the United States.  This Court has authority under 18

U.S.C. 2705(b) to issue "an order commanding a provider of electronic communications service

or remote computing service to whom a warrant, subpoena, or court order is directed, for such

period as the court deems appropriate, not to notify any other person of the existence of the

warrant, subpoena, or court order." *Id*.

In this case, such an order would be appropriate because the attached warrant relates to an

ongoing criminal investigation that is neither public nor known to all of the targets of the

investigation, and its disclosure may alert the targets to the ongoing investigation.  Accordingly,

there is reason to believe that notification of the existence of the attached warrant will seriously

jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to

flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of

behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b).  Some of the evidence in this investigation is stored electronically.  If alerted to the existence of the warrant, the subjects under investigation could destroy that evidence, including information saved to their personal computers.

WHEREFORE, the United States respectfully requests that the Court grant the attached Order directing Google not to disclose the existence or content of the attached warrant for a period of one year, except that Google may disclose the attached warrant to an attorney for Google for the purpose of receiving legal advice.

The United States further requests that the Court order this application and any resulting order be sealed until further order of the Court.  As explained above, these documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation.  Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Executed on April 20, 2022.

Respectfully submitted,

*Jack E. Burkhead*
Jack Burkhead
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103