FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR NEW MEXICO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE, 1600 AMPHITHEATRE PARKWAY, MOUNTAIN VIEW, CALIFORNIA 94043 | **FILED UNDER SEAL**<br><br>Case No.   22-MR-633 |

## EX PARTE MOTION TO SEAL SEARCH WARRANT APPLICATION, AFFIDAVIT, AND ATTACHMENTS UNTIL FURTHER ORDER OF THE COURT

The United States hereby moves ex parte that the Court enter an order sealing, for a period of one year, the search warrant, the application, and the affidavit filed in support of obtaining a search warrant in the above-captioned matter.

The Federal Bureau of Investigation is conducting a long-term investigation of the subject matter described in the search warrant affidavit, and the affidavit in support of the search warrant contains information about the long-term investigation and details conduct that has not yet been charged or otherwise disclosed in any pending case. Immediate disclosure of the search warrant and the accompanying affidavit would jeopardize this ongoing investigation. Accordingly, the United States respectfully requests an order sealing the search warrant application and affidavit for a period of one year.

Once the investigatory concerns related to the release of this material has abated, the United States will file with the Court a motion and order to unseal the search warrant application, search warrant, and affidavit.

WHEREFORE, the United States respectfully moves ex parte that the Court enter an order sealing the search warrant, the application, and affidavit in support of the warrant for the search in this matter for a period of one year.

Respectfully submitted,

FRED J. FEDERICI
United States Attorney

*Jack Burkhead*

Jack E .Burkhead
Assistant U.S. Attorney
201 Third St. NW, Suite 900
Albuquerque, NM 87102
(505) 224-1463