# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE, 1600 AMPHITHEATRE PARKWAY, MOUNTAIN VIEW, CALIFORNIA 94043 | Case No. 22-MR-633<br><br>Judge: Jerry H. Ritter |

## JOINT MOTION TO UNSEAL CASE NO. 22-MR-633

The United States of America, by and through its attorney, the United States Attorney for the District of New Mexico, and Google LLC ("Google"), by and through its counsel, hereby jointly move this Court to unseal the entire record for the above-captioned matter, including but not limited to the search warrant and non-disclosure order issued to Google in this matter, the application and affidavit in support of the warrant, Google's motion to quash the warrant and supporting papers, the United States' response to Google's motion, Google's reply, and this Court's orders.

The public has a common-law right of access to judicial records unless the parties articulate a "real and substantial interest that justifies depriving the public of access." *Helm v. Kansas*, 656 F.3d 1277, 1292 (10th Cir. 2011). The filings and other records in this matter constitute judicial records because they "inform [the court's] decision-making process." *Id.*; *see also Matter of Search of 1638 E. 2nd Street, Tulsa, Okl.*, 993 F.2d 773, 775 (10th Cir. 1993) (quoting *Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 64 (4th Cir. 1989)) ("'affidavits for search warrants are judicial records'"). The United States and Google agree that there are no

-1-

countervailing interests that justify depriving the public of access. Unsealing the entire record for the above-captioned matter is therefore consistent with the "strong presumption in favor of public access to judicial records[.]" *Mann v. Boatright*, 477 F.3d 1140, 1149 (10th Cir. 2007).

Respectfully submitted,

Dated:  August 22, 2024         By: */s/ Lorna M. Wiggins*
                                                                             Lorna M. Wiggins
WIGGINS, WILLIAMS & WIGGINS
A Professional Corporation
1803 Rio Grande Blvd., N.W. (87104)
P.O. Box 1308
Albuquerque, New Mexico 87103-1308
Telephone: +1.505.764.8400
lwiggins@wwwlaw.us

Hayley L. Berlin, *Pro Hac Vice* pending
Mikella M. Hurley, *Pro Hac Vice* pending
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.6161
HBerlin@perkinscoie.com

*Attorneys for Google LLC*

Dated: August 22, 2024         By: *Jack E. Burkhead*
                                   ALEXANDER M.M. UBALLEZ
                                   United States Attorney
                                   Jack E. Burkhead
                                   Assistant U.S. Attorney
                                   201 Third St. N.W., Suite 900
                                   Albuquerque, NM 87102
                                   Telephone: +1.505.224.1434
                                   Jack.E.Burkhead@usdoj.gov

                                   *Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of August, 2024, a copy of the forgoing was emailed to counsel for the United States of America, Assistant U.S. Attorney Jack E. Burkhead, at Jack.E.Burkhead@usdoj.gov.

                                              Mikella M. Hurley
                                              Perkins Coie LLP
                                              *Attorney for Google LLC*